ARROW SAVINGS & LOAN ASSOCIATION, Appellant, v. WILMIKWIL CORP., Defendant, and FRANK SCHUPAK, Respondent.—

Christ, P. J., Rabin, Hopkins, Munder and Latham, JJ., concur.